IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

RECEIVED
2006 JUL -5 P 12:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Linda Williams )
3538 Lake Oakridge Dr. )
Enterprise, AL 36330 )
           Plaintiff )
                     )
                     )  1:06 cv 598-WKW-CSC
           v.        )
Enterprise City School District )
502 E. Watts Str., )
Enterprise, AL 36331-1790 )
           Defendant(s) )

## COMPLAINT

1. Plaintiff resides at _3538 Lake Oakridge Dr., Enterprise, AL_

2. Defendant(s)' name(s) _Enterprise City Schools_

   Location of principal office(s) of the named defendant(s) _502 East Watts St, Enterprise, AL 36331-1790_

   Nature of defendant(s)' business _School System_

   Approximate number of individuals employed by defendant(s) _450_

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ___ Failure to employ me.
   2. _X_ Termination of my employment.
   3. ___ Failure to promote me.
   4. ___ Other acts as specified below: _____

1

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
   _X_ Not presently employed by the defendant. The dates of employment were August 1999 - August 2005. Employment was terminated because:

   (1) _X_ Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ___ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ___ My national origin.
   E. _X_ Other, as specified below: Disability

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Jackie DuBose  Principal

8. The alleged discrimination occurred on or about  11-2003 thru 5-2005.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
   The principal criticized me for activities that were considered satisfactory for other teachers. My disability was not diagnosed for more than a year of seeking medical attention. The disease was in a serious state by the time specialists diagnosed the illness.

10. The alleged illegal activity took place at Rucker Blvd. Elementary School

11.   I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about __Dismissal__. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on __April 11, 2006__.

12.   I seek the following relief:

   A.   __X__ Recovery of back pay.
   B.   __X__ Reinstatement to my former job,
   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: __July 5, 2006__

__Linda Williams__
Signature of Plaintiff
__3538 Lake Oakridge dr.__
__Enterprise, AL 36330__
__334 393-1979__
Address & Telephone Number of Plaintiff