IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:06-cv-598-WKW ) |
| ENTERPRISE CITY SCHOOL DISTRICT, *et al.,* | ) ) ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Honorable Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 12th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE