AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Linda Williams

V.

Enterpise City School District

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:06cv598-WKW

TO: (Name and address of Defendant)

Enterprise City School District
502 E. Watts Street
Enterprise, AL 36331-1790

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda Williams
3538 Lake Oakridge Dr.
Enterprise, AL 36330
US
334-393-1979
PRO SE

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    7/14/06

CLERK                                               DATE

(By) DEPUTY CLERK