**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Enterprise City School District
502 E. Watts Street
Enterprise, AL 36331-1790

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gladys Welch_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Gladys Welch
C. Date of Delivery: 7/17/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06 CV 598

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 ....

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

SCANNED