# DEFENDANT'S

# EXHIBIT

# "A"

# Enterprise City Schools

OFFICE OF SUPERINTENDENT
502 EAST WATTS STREET
ENTERPRISE, ALABAMA 36330

August 13, 1999

Ms. Linda Williams
3538 Lake Oakridge Drive
Enterprise, AL 36330

Dear Ms. Williams:

This is to offer you a position with the Enterprise City Board of Education as an inclusion aide at Rucker Boulevard Elementary School for the 1999-00 school year. Your annual salary in the amount of $13,844.84 is based on a 178-day contract.

Our salary schedule is sustained by an allocation of State money for teacher units and from local funds; thus, the Enterprise City Schools, as well as other school systems in Alabama, are dependent upon state school funds being available. This offer is contingent upon the availability of funds, pending action of the Enterprise City Board of Education, and pending clearance of ABI and FBI background review.

Enclosed with this letter of offer is a statement of acceptance. If you accept the offer, please sign your acceptance letter and return it to me immediately. My letter to you, along with your acceptance, will constitute our contractual agreement for the remainder of the 1999-00 school year.

Sincerely,

ENTERPRISE CITY SCHOOLS

Thad Morgan, Superintendent

TM/le

August 13, 1999

Mr. Morgan:

  I hereby accept your offer of the inclusion aide position at Rucker Boulevard Elementary School for the 1999-00 school year. I understand this offer is contingent upon action of the Enterprise City Board of Education and clearance of the ABI and FBI background reviews. I also understand this offer is for one year only.

       Sincerely,

       Linda Williams

# Enterprise City Schools

OFFICE OF SUPERINTENDENT
P. O. BOX 311790
502 EAST WATTS STREET
ENTERPRISE, ALABAMA 36331-1790

August 7, 2001

Ms. Linda Williams
3538 Lake Oakridge Drive
Enterprise, AL 36330

Dear Ms. Williams:

This is to offer you a position with the Enterprise City Board of Education as a Title I aide at Rucker Boulevard Elementary School for the 2001-02 school year. Your annual salary in the amount of $14,676.21 is based on a 179-day contract.

Our salary schedule is sustained by an allocation of State money for teacher units and from local funds; thus, the Enterprise City Schools, as well as other school systems in Alabama, are dependent upon state school funds being available. This offer is contingent upon the availability of funds, pending action of the Enterprise City Board of Education, and pending clearance of ABI and FBI background review.

Enclosed with this letter of offer is a statement of acceptance. If you accept the offer, please sign your acceptance letter and return it to me immediately. My letter to you, along with your acceptance, will constitute our contractual agreement for the 2001-02 school year.

Sincerely,

ENTERPRISE CITY SCHOOLS

James Reese, Superintendent

JR/ld

August 7, 2001

Dr. Reese:

I hereby accept your offer of the Title I aide position at Rucker Boulevard Elementary School for the 2001-02 school year. I understand this offer is contingent upon action of the Enterprise City Board of Education and clearance of the ABI and FBI background reviews. I also understand this offer is for one year only.

Sincerely,

Linda Williams

# Enterprise City Schools

OFFICE OF SUPERINTENDENT
P. O. BOX 311790
502 EAST WATTS STREET
ENTERPRISE, ALABAMA 36331-1790

June 25, 2002

Ms. Linda Williams
3538 Lake Oakridge
Enterprise, AL 36330

Dear Ms. Williams:

This is to offer you a position with the Enterprise City Board of Education as a teacher, grade to be announced, at Rucker Boulevard Elementary School, for the 2002-03 school year. Your annual salary in the amount of $28,678.00 is based on your valid rank II Alabama teachers certificate no years teaching experience, and a 182-day contract.

Our salary schedule is sustained by an allocation of State money for teacher units and from local funds; thus, the Enterprise City Schools, as well as other school systems in Alabama, are dependent upon state school funds being available. This offer is contingent upon the availability of funds, pending action of the Enterprise City Board of Education, and pending clearance of ABI and FBI background review.

Enclosed with this letter of offer is a statement of acceptance. If you accept the offer, please sign your acceptance letter and return it to me immediately. My letter to you, along with your acceptance, will constitute our contractual agreement for the 2002-03 school year.

Sincerely,

ENTERPRISE CITY SCHOOLS

James Reese, Superintendent

JR/ld

June 25, 2002


Dr. Reese:

I hereby accept your offer of the teacher position, grade to be announced, at
Rucker Boulevard Elementary School for the 2002-03 school year.  I understand
this offer is contingent upon action of the Enterprise City Board of Education and
clearance of the ABI and FBI background reviews.  I also understand this offer is
for one year only.

Sincerely,

Linda Williams