# DEFENDANT'S

# EXHIBIT

# "C"



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

1900 3rd Avenue, North, Suite 101
Birmingham, AL 35203-2397
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

Linda Williams
c/o Charles Norton
Alabama Education Association
P. O. Box 4177
Montgomery, AL 36103-4177

Charging Party

Enterprise City Schools
P. O. Box 311790
Enterprise, AL 36331

Respondent

## RECONSIDERATION NOTICE

## AND

## REVOCATION OF NOTICE OF RIGHT TO SUE

This is to advise you that pursuant to the Commission's Procedural Regulations, 29 CFR 1601, we intend to re-examine the merits of and reconsider the Dismissal and Notice of Rights issued on the above-referenced case. Therefore, effective this date, the Dismissal and Notice of Rights issued on November 29, 2005 is revoked.

Upon completion of this re-examination and reconsideration, you will be notified in writing of the Commission's final determination in this matter. If yo should have any questions regarding this matter, please contact Allen Gosa, Supervisor CR/TIU Unit at (205) 212-2119.

On Behalf of the Commission:

Feb 2, 2006
Date

Bernice Williams-Kimbrough
Director
Birmingham District Office