IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to dismiss, or in the alternative, motion for summary judgment (doc. # 7). Upon consideration of the motion, and for good cause, it is

ORDERED that on or before August 30, 2006, the plaintiff shall show cause why the defendant's motion to dismiss, or in the alternative, motion for summary judgment should not be granted by specifically addressing the defendant's assertions that the plaintiff's claims are due to be dismissed because she failed to name the proper defendant and that her claims are time-barred. The plaintiff is advised that if she fails to respond to the defendant's motion to dismiss with specificity, the court will treat her failure to respond as an abandonment of the claims set forth in her complaint. The plaintiff is further cautioned that if she fails to file a response to the motion to dismiss in accordance with the directives of this order, the court will recommend that this case be dismissed.

Done this 15th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE