# ENTERPRISE CITY SCHOOLS
PERSONNEL DIRECTOR
POST OFFICE BOX 311790
ENTERPRISE, ALABAMA 36331
(334) 347-9531

CERTIFIED PERSONNEL REFERENCE FORM (three required)

**Name of Applicant:** Linda Williams
**Social Security #:** 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
**Elementary/Secondary (Subject):** Elem.

**Name of Reference:** Jim Reese
**Position:** Superintendent of Education
**Business Phone No.:** 334-347-9531

I have applied for an instructional position with the Enterprise City Public Schools. Since employment is dependent in part on my references, I would appreciate your completing the applicable sections of the reference form below.

[ ] I waive my rights to review this recommendation.
[X] I do not waive my rights to review this recommendation.

**Date:** October 18, 2005
**Signature of Applicant:** Linda Williams

Comparing this applicant to others with whom you have worked, observed, or taught, please check the following:

| | SUPERIOR | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | POOR | NO BASIS FOR JUDGEMENT |
|---|---|---|---|---|---|---|
| Attendance and Punctuality | ✓ | | | | | |
| Personality | ✓ | | | | | |
| Understanding of Children and Learning | | ✓ | | | | |
| Planning and Organization | | ✓ | | | | |
| Competency in Subject Field | | ✓ | | | | |
| Use of Teaching Aids and Techniques | | ✓ | | | | |
| Evaluation and Assessment of Students | | ✓ | | | | |
| Support of Total School Program | ✓ | | | | | |
| Professional Attitude Toward School Work | | ✓ | | | | |
| Ability to Work With Pupils and Parents | | ✓ | | | | |
| Ability to Work With Other Teachers | | ✓ | | | | |
| Initiative and Enthusiasm | | ✓ | | | | |
| Classroom Management - Discipline/Control | | ✓ | | | | |
| Use and Care of School Facilities | ✓ | | | | | |
| Adherence to School Policies | ✓ | | | | | |
| Reliability in Records and Reports | | ✓ | | | | |
| Dependability | | ✓ | | | | |
| Maturity | ✓ | | | | | |
| Personal Appearance | ✓ | | | | | |

1. This information covers the period from **2002** to **2005**
2. Did you supervise this person? Yes [ ] No [X]  If no, in what capacity have you known the applicant? **Administration - Teacher**
3. What was applicant's position in your school? **Elementary teacher**
4. If applicant left your employ, why? **Was a non-tenured teacher and employment was not renewed**
5. Were any disciplinary actions initiated with the applicant? **No**
6. If a vacancy existed in your school or business for which the applicant was qualified, would you recommend him or her for employment? **Yes**

**Signature:** Jim Reese
**Date:** 10-18-05

THIS DOCUMENT CONTAINS A VOID PANTOGRAPH, ARTIFICIAL WATERMARK, AND MICROPRINTING

# Enterprise City Schools

DEPOSIT NO. 0024756

P.O. BOX 311790
502 EAST WATTS
ENTERPRISE, AL 36331-1790
PAYROLL ACCOUNT

| DATE | AMOUNT |
|---|---|
| AUG 31, 2005 | $.00 |

DEPOSIT   ****VOID***VOID****VOID*** DIRECT DEPOSIT ***VOID***VOID***VOID***VOID***

TO THE ACCOUNT OF

LINDA M WILLIAMS
3538 LAKE OAKRIDGE DR
ENTERPRISE, AL  36330

## DIRECT DEPOSIT NOTIFICATION

**THIS IS NOT A CHECK -- DO NOT CASH**