IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LINDA WILLIAMS,

    Plaintiff,

v.                                                                           CIVIL ACTION NO. 1:06cv598-WKW

ENTERPRISE CITY SCHOOL DISTRICT,
dba/Enterprise City Board of Education

    Defendant.

## MOTION TO EXTEND TIME

COMES NOW Linda Williams that the court extend the date. I did not receive a copy of the motion to dismiss until after the court mailed it on the 16th day of August, 2006. I inquired as to what notice the order referred to in a telephone call made to 334-954-3935 on the 18th of August, 2006. The lady told me that I was supposed to have received it by mail from the defendant's attorney. Since I had not seen such a motion, I went directly to their firm and requested a copy from Connie. I have not been given enough time to prepare for their motion, so I beg of the court to grant an extension. The defendant used letterhead that stated **Enterprise City Schools** and my paychecks were from the same name, so you can see where I might be confused. All complaints were filed in a timely manner, as you can see from the reconsideration letter and the charge by the EEOC.

    Done this 23rd day of August, 2006.

*X Linda M. Williams*    Linda M. Williams

8/28/06

RECEIVED 2006 AUG 25 A 9: 22

SCANNED

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 23rd day of August, 2006, I have served a copy of the above and foregoing document upon the following firm by the United States mail, postage prepaid, and properly addressed.

MARSH, COTTER, & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910

*[signature]*