IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ENTERPRISE CITY SCHOOL )<br>DISTRICT, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.  1:06cv598-WKW |

**ORDER**

On August 7, 2006, the defendant filed a motion to dismiss, or in the alternative, motion for summary judgment (doc. # 7).  On August 25, 2006, the plaintiff filed a motion to extend time (doc. # 9) to respond to the motion to dismiss.  Upon consideration of the motion and for good cause, it is

ORDERED that the motion to extend time (doc. # 9) be and is hereby GRANTED. The plaintiff's time for responding to the defendant's motion be and is hereby EXTENDED from August 30, 2006, until September 27, 2006.  The plaintiff is advised to specifically address the defendant's assertions that her claims are due to be dismissed because she failed to name the proper defendant and that her claims are time-barred.  The plaintiff is advised that if she fails to respond to the defendant's motion to dismiss with specificity, the court will treat her failure to respond as an abandonment of the claims set forth in her complaint.  The plaintiff is further cautioned  that if she fails to file a response to the motion to dismiss in accordance with the directives of this order, the court will recommend that this case be

dismissed.

Done this 13th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE