| EARNINGS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|
| ENTERPRISE CITY SCHOOLS EARNINGS STATEMENT | | | EMPLOYEE NAME LINDA M WILLIAMS | EMP NO. | CHECK NO. 0024736 | DATE AUG 31, 2005 |
| INSTRUCTION-TEA | 2,461.50 | | | | |
| TOTAL GROSS | 2,461.50 | 19,692.00 | | | |
| DEDUCTIONS | | | | | |
| FEDERAL W/H | 109.76 | 757.68 | | | |
| FICA | 185.18 | 1,389.39 | | | |
| STATE W/H | 79.71 | 583.50 | | | |
| 011 RETIREMENT | 123.08 | 984.64 | | | |
| 012 PEEHIP | | 1,204.00 | | | |
| 016 AEA/NEA DU | | 251.30 | | | |
| 045 CANCER | 40.80 | 326.40 | | | |
| 906 ARMY AVIAT | 1,922.97 | 14,195.09 | | | |

36 days

| | | VAC | | SICK BNK | 3 |
|---|---|---|---|---|---|
| | | SICK LEAVE BALANCE | 31.0 | PER LEAVE BALANCE | 2.0 |

PLEASE DETACH THIS STUB AND RETAIN FOR YOUR RECORDS

---

THIS DOCUMENT CONTAINS A VOID PANTOGRAPH, ARTIFICIAL WATERMARK, AND MICROPRINTING

**Enterprise City Schools**

P.O. BOX 311790
502 EAST WATTS
ENTERPRISE, AL 36331-1790
PAYROLL ACCOUNT

DEPOSIT NO. 0024736

| DATE | AMOUNT |
|---|---|
| AUG 31, 2005 | $.00 |

DEPOSIT    ****VOID****VOID****VOID*** DIRECT DEPOSIT ***VOID***VOID***VOID***

TO THE ACCOUNT OF
LINDA M WILLIAMS
3538 LAKE OAKRIDGE DR
ENTERPRISE, AL 36330

**DIRECT DEPOSIT NOTIFICATION**

**THIS IS NOT A CHECK -- DO NOT CASH**

My paychecks are from Enterprise City Schools

Exhibit Response to "A"

# ENTERPRISE CITY SCHOOLS
## PERSONNEL DIRECTOR
POST OFFICE BOX 311790
ENTERPRISE, ALABAMA 36331
(334) 347-9531

### CERTIFIED PERSONNEL REFERENCE FORM (three required)

| Name of Applicant | Social Security # | Elementary/Secondary (Subject) |
|---|---|---|
| Linda Williams | 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 | Elem. |

| Name of Reference | Position | Business Phone No. |
|---|---|---|
| Jim Reese | Superintendent of Education | 334-347-9531 |

I have applied for an instructional position with the Enterprise City Public Schools. Since employment is dependent in part on my references, I would appreciate your completing the applicable sections of the reference form below.

[ ] I waive my rights to review this recommendation.
[X] I do not waive my rights to review this recommendation.

Date: October 18, 2005
Signature of Applicant: Linda Williams

Comparing this applicant to others with whom you have worked, observed, or taught, please check the following:

| | SUPERIOR | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | POOR | NO BASIS FOR JUDGEMENT |
|---|---|---|---|---|---|---|
| Attendance and Punctuality | ✓ | | | | | |
| Personality | ✓ | | | | | |
| Understanding of Children and Learning | | ✓ | | | | |
| Planning and Organization | | ✓ | | | | |
| Competency in Subject Field | | ✓ | | | | |
| Use of Teaching Aids and Techniques | | ✓ | | | | |
| Evaluation and Assessment of Students | | ✓ | | | | |
| Support of Total School Program | ✓ | | | | | |
| Professional Attitude Toward School Work | | ✓ | | | | |
| Ability to Work With Pupils and Parents | | ✓ | | | | |
| Ability to Work With Other Teachers | | ✓ | | | | |
| Initiative and Enthusiasm | | ✓ | | | | |
| Classroom Management - Discipline/Control | | ✓ | | | | |
| Use and Care of School Facilities | ✓ | | | | | |
| Adherence to School Policies | ✓ | | | | | |
| Reliability in Records and Reports | | ✓ | | | | |
| Dependability | | ✓ | | | | |
| Maturity | ✓ | | | | | |
| Personal Appearance | ✓ | | | | | |

1. This information covers the period from __2002__ to __2005__.
2. Did you supervise this person? Yes [X] No [ ]  If no, in what capacity have you known the applicant? __Administration - Teacher__
3. What was applicant's position in your school? __Elementary teacher__
4. If applicant left your employ, why? __Was a non-tenured teacher and employment was not renewed__
5. Were any disciplinary actions initiated with the applicant? __No__
6. If a vacancy existed in your school or business for which the applicant was qualified, would you recommend him or her for employment? __Yes__

Signature: Jim Reese
Date: 10-18-05

**Enterprise City Schools**
OFFICE OF SUPERINTENDENT
P.O. Box 311790
502 EAST WATTS STREET
ENTERPRISE, ALABAMA 36331-1790

Linda Williams

Copy of envelope containing reference from Superintendent

notice letter head on Reference