

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Birmingham District Office

1900 3rd Avenue, North, Suite 101
Birmingham, AL 35203-2397
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101

Linda Williams
c/o Charles Norton
Alabama Education Association
P. O. Box 4177
Montgomery, AL   36103-4177

Charging Party

Enterprise City Schools
P. O. Box 311790
Enterprise,   AL   36331

Respondent

## RECONSIDERATION NOTICE

## AND

## REVOCATION OF NOTICE OF RIGHT TO SUE

This is to advise you that pursuant to the Commission's Procedural Regulations, 29 CFR 1601, we intend to re-examine the merits of and reconsider the Dismissal and Notice of Rights issued on the above-referenced case. Therefore, effective this date, the Dismissal and Notice of Rights issued on November 29, 2005 is revoked.

Upon completion of this re-examination and reconsideration, you will be notified in writing of the Commission's final determination in this matter. If yo should have any questions regarding this matter, please contact Allen Gosa, Supervisor CR/TIU Unit at (205) 212-2119.

On Behalf of the Commission:

Feb. 2, 2006
Date

Bernice Williams-Kimbrough
Director
Birmingham District Office

FEB 6 2006

*Response to Exhibit "B"*



*is*
*within time limit*

## Working for great public schools.

Peggy Mobley
*President*

Ollie Underwood, Jr.
*Vice President*

Dr. Paul R. Hubbert
*Executive Secretary*

Dr. Joe L. Reed
*Associate Executive Secretary*

December 5, 2005

Attention:
Murry A. Gosa, Intake Supervisor
U.S. Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place
1130 22nd Street, South
Birmingham, Al 35205

RE: EEOC Charge #130-2006-00994, <u>Linda Williams v. Enterprise City Schools</u>:
Request for Reconsideration

Dear Mr. Gosa:

    Please accept this letter, on behalf of Ms. Williams, as a request to reconsider the determination that the above-described EEOC charge "was not timely filed with EEOC". Attached is a copy of the written notice of non-renewal prepared by the employer, dated May 18, 2005, informing Ms. Williams that her contract of employment was not renewed. The EEOC charge was filed on November 14, 2005, exactly 180 days from the date of the Board's non-renewal notice. Moreover, November 11, 2005, was Veteran's Day, a National holiday, and the EEOC office was closed. The EEOC charge was properly filed on the next available work day, November 14, 2005.
    In conclusion, Ms. Willams' EEOC charge was filed within 180 days of the adverse employment action of termination of her employment. Ms. Williams respectfully requests that her charge be re-instated and investigated in accordance with the purpose of the equal opportunity in employment laws.

Sincerely,

Charles F. Norton
Counsel for Ms. Williams

Cc: Linda Williams

P.O. Box 4177 • Montgomery, Alabama 36103-4177 • 334.834.9790
Fax 334.262.8377 • 1.800.392.5839 • www.myAEA.org

# Enterprise City Schools

OFFICE OF SUPERINTENDENT
P. O. BOX 311790
502 EAST WATTS STREET
ENTERPRISE, ALABAMA 36331-1790

May 18, 2005

Ms. Linda Williams
3538 Lake Oakridge Drive
Enterprise, AL 36330

Dear Ms. Williams:

This is to inform you that the Enterprise City Board of Education voted not to renew your contract as a 2nd grade teacher at Rucker Boulevard Elementary School for the 2005-2006 school year.

Sincerely,

ENTERPRISE CITY BOARD OF EDUCATION

Jim Reese
Secretary to the Board

JR:gw


Received_____

Date_____

## CHARGE OF DISCRIMINATION

| | Agency | Charge Number |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>XX EEOC | |

_____ and EEOC
*State or local Agency, if any*

Ms. Linda Williams
Name *(Indicate Mr., Ms., Mrs.)*

Home Telephone *(Include Area Code)*

3538 Lake Oak Ridge Drive,        Enterprise, AL 36330                    1/4/62
Street Address                    City, State and Zip Code                Date of Birth

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below)*

Enterprise City Schools          over 400                    134-347-9531
Name                             Number of Employees, Members   Telephone *(Include Area Code)*
                                 More than 15

Post Office Box 311790    Enterprise, Al 36331             Coffee County
Street Address            City, State and Zip Code         County

Cause of Discrimination Based on *(Check appropriate box(es))*

Date Discrimination Took Place
Earliest: October, 2003    Latest:: May 17, 2005

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL  XX DISABILITY  XX OTHER
                ORIGIN

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*.

My name is Linda Williams. I worked for Enterprise City Schools for six years. For three years, beginning school year 2001-2002, I taught elementary school. I have been a certified teacher since 1997. In my first year as a teacher, I performed my job in a satisfactory manner and received good job performance evaluations. During my second year as a teacher, I was diagnosed with a disease known as sardcoidosis, which is an inflammatory disease that caused serious lung scarring, weight-gain, fatigue, and soreness. Despite the effects of this disease, I performed my job in a satisfactory manner. Because the supervisors of Enterprise City Schools wrongly perceived my condition as a disability, I was treated differently and suffered adverse employment actions including termination of my employment. My grade level was changed from third to second and I was required to empty my room. My principal criticized me for activities that were considered satisfactory for other teachers. I was treated differently than other teachers who were not perceived as disabled.

NOTARY - (When necessary for State and Local Requirements)
I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Linda Williams*
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

November 10, 2005
(Day, month, and year)

Date                Charging Party *(Signature)*