IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LINDA WILLIAMS, )
)
Plaintiff, )
) CIVIL ACTION NO. 1:06cv598-WKW
v. )
)
ENTERPRISE CITY SCHOOL DISTRICT, )
dba/Enterprise City Board of Education )
)
Defendant. )

## RESPONSE TO MOTION

I, Linda Williams, am responding to the court. The defendant used letterhead and envelopes with **Enterprise City Schools** as their title. My paychecks were from the same name, so you can see where I might be confused. All complaints were filed in a timely manner, as you can see from the reconsideration letter and the charge by the EEOC.

Done this 25th day of September, 2006.

Linda M. Williams

*/s/ Linda M. Williams*

SCANNED

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 25th day of September, 2006, I have served a copy of the above and foregoing document upon the following firm by the United States mail, postage prepaid, and properly addressed.

    MARSH, COTTER, & STEWART, LLP
    P.O.Box 310910
    Enterprise, Alabama 36331-0910

x_____/s/ Linda Williams_____