IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED

SOUTHERN DIVISION                    2006 OCT 25  A 10: 35

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | )CIVIL ACTION NO. 1:06cv598-WKW |
| ENTERPRISE CITY BOARD of EDUCATION | ) |
| Enterprise City Schools | ) |
| Defendant. | ) |

## RECOMMENDATION TO AMEND COMPLAINT

I, Linda Williams, am responding to the court. I would like to change the name on the complaint that was formerly filed against Enterprise City Schools to ENTERPRISE CITY BOARD OF EDUCATION.

Done this 25th day of October, 2006.

*Linda M. Williams*

**Linda M. Williams**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of October, 2006, I have served a copy of the above and foregoing document upon the following firm by the United States mail, postage prepaid, and properly addressed.

MARSH, COTTER, & STEWART, LLP

P.O.Box 310910

Enterprise, Alabama 36331-0910