IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv598-WKW |
| ) | |
| ENTERPRISE CITY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the plaintiff's motion to amend (doc. # 15), it is

ORDERED that the motion be and is hereby GRANTED unless within seven (7) days from the date of this order an opposing party files objections.

Done this 25th day of October, 2006.


        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE