IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:06cv598-WKW |
| ) | |
| ENTERPRISE CITY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon review of the objections to the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby WITHDRAWN.  The court will consider further the defendant's motion in conjunction with the arguments made in the objections.

Done this 26th day of October, 2006.


　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE