IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:06CV598-WKW |
| ) | |
| ENTERPRISE CITY SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S
REQUEST TO AMEND COMPLAINT**

COMES NOW the Enterprise City Board of Education (sometimes referred to herein as the "Board") and makes this special appearance only for the purposes of submitting this Objection to the request by Plaintiff to amend her Complaint. The Board states as follows:

The Magistrate's Recommendation on the Board's Motion to Dismiss or, in the alternative, Motion for Summary Judgment has been withdrawn pending further consideration. Therefore, for the reasons stated in said Motion, and in the Board's Objections to the Magistrate's Recommendation, the Board requests the Court to deny the Plaintiff's request or alternatively to withhold ruling on the same until the Court's completes its re-consideration. Based on the prior submissions of the Board, the Plaintiff's request is due to be denied.

            /s/ R. Rainer Cotter, III
R. RAINER COTTER, III (COT010)
**Counsel for Defendant,
Enterprise City Board of Education**

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
rrc@enterpriselawyers.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the **1st** day of **November**, I have served a copy of the above and foregoing document upon the following individual by United States mail, 1st class and certified, postage prepaid, and properly addressed:

  Linda Williams
  3538 Lake Oakridge Drive
  Enterprise, Alabama 36330

              /s/ R. Rainer Cotter, III
              Of Counsel