IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-598-WKW |
| | ) | (WO) |
| ENTERPRISE CITY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the defendant on December 27, 2006 (Doc. # 21) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on December 14, 2006 (Doc. # 20) is adopted;

(3) The Motion to Dismiss, or in the alternative, Motion for Summary Judgment filed by the defendant (Doc. # 7) is DENIED;

(4) Defendant's Objection to Plaintiff's Motion to Amend the Complaint (Doc. # 19) is overruled;

(5) The plaintiff's Motion to Amend the Complaint (Doc. # 15) is GRANTED; and

(6) On or before January 16, 2007, the plaintiff shall file the amended complaint.

DONE this 4th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE