IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:06cv598-WKW |
| ENTERPRISE CITY BOARD of EDUCATION | ) |
| (Enterprise City Schools) | ) |
| Defendant. | ) |

## MOTION TO AMEND COMPLAINT

COMES NOW the *Plaintiff* responding to the court. I would like to amend the previously filed complaint. I construe any reference to Enterprise City Schools be changed to ENTERPRISE CITY BOARD OF EDUCATION.

Done this 11th day of January, 2007.

Linda M. Williams

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of January, 2007. I have served a copy of the above and foregoing document upon the following firm by the United States mail, postage prepaid, and properly addressed.

MARSH, COTTER, & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910