IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**CORRECTED ORDER**

Now pending is the plaintiff's motion to amend (doc. # 23) filed on January 16, 2007. On January 4, 2007, the court entered an order directing the plaintiff to file an amended complaint on or before January 16, 2007. (Doc. # 22). Accordingly, upon consideration of the motion to amend (doc. 23), it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that this matter be and is hereby set for a status and scheduling conference on February 6, 2007, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The plaintiff is advised that if she fails to appear as required by this order, the court will treat the plaintiff's failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this action be dismissed.

Done this 18th day of January 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE