IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv598-WKW |
| ) | |
| ENTERPRISE CITY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On February 6, 2007, the court held a status and scheduling conference in this case. At that time, the plaintiff indicated that she was seeking counsel to represent her in this matter. Accordingly, and for good cause, it is

ORDERED as follows:

1. That this case be and is hereby STAYED for a period of forty-five (45) days to allow the plaintiff to secure counsel to represent her in this matter. Counsel shall file a notice of appearance on or before **March 23, 2007.** The plaintiff is advised that no further extensions of time shall be granted and that if she is unable to secure representation, she will have to proceed *pro se* in this matter.

2. All discovery as authorized by FED. R. CIV. P. 26-37, and 45, shall commence on **March 23, 2007**, and be completed on or before **June 21, 2007**. Notwithstanding any rule to the contrary, all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court.

3. Any dispositive motions such as motions for summary judgment and any evidentiary materials in support of the motions shall be filed on or before **July 23, 2007**.

**NOTICE TO PLAINTIFF:** The *Federal Rules of Civil Procedure* require that the plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the defendants themselves, a true copy of <u>anything</u> which the plaintiff sends to or files with the court. Failure to do so may result in dismissal of this case or other penalties. Anything filed should contain a certificate of service which specifically states that the pleading or other document has been sent to the lawyer for the defendants.

Done this 6th day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE