# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

HON. CHARLES S. COODY, MAG. JUDGE     AT     MONTGOMERY, ALABAMA

DATE COMMENCED:    2/6/07    AT     2:02 p.m to 2:07 p.m

DATE COMPLETED:    2/6/07              FTR Recorded

LINDA WILLIAMS

     Plaintiff

vs..                                    CASE NO. 1:06CV598-WKW-CSC

ENTERPRISE CITY SCHOOL DISTRICT

     Defendant

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Ms. Linda Williams, Pro Se | | Atty. R. Rainer Cotter, III |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS:     *ORAL ARGUMENTS RE: MOTION TO AMEND COMPLAINT*

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Motion hrg re: motion to Amend Complaint - 06cv598-WK-CSC |
| --- | --- |
| Date | 2 / 6 /2007 |
| Location | Courtroom 4B |

| Time | Speaker | Note |
| --- | --- | --- |
| 2 :02:51 PM | Court | Court convenes; parties present as noted; Discussion as to whether plaintiff has found at lawyer to represent her; |
| 2 :03:04 PM | Ms. Williams | May have someone who may be able to take it; |
| 2 :03:31 PM | Court | How soon would it be for your to make arrangements with new lawyer to undertake this case; |
| 2 :03:33 PM | Ms. Williams | Was hoping within 2 to 3 months; |
| 2 :03:40 PM | Court | Response - that it's not appropriate to let case linger for that long, we need to move cases along; |
| 2 :03:55 PM | Ms. Williams | Informs the court of difficutly having with work schedule; |
| 2 :04:40 PM | Court | Want to give Ms. Williams some time; Case was filed in July; Court will give plaintiff 45 days to secure the services of a lawyer; Also, it she can't do that by that time, we are going to have to move the case along; Will allow a period of time for discovery; |
| 2 :06:59 PM | Atty. Cotter | Question as to whether not to begin limited discovery; |
| 2 :07:05 PM | Court | Let's wait until the 45 days are over; Advised plaintiff that anything she files with the court, a copy must be sent to Mr. Cotter and he will do the same; |
| 2 :07:29 PM | Court | Court is recessed. |