IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) )   CIVIL ACTION NO. 1:06cv598-WKW |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) ) ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

COMES NOW the undersigned and files notice of his appearance as attorney for Linda Williams in the above-styled case.

/s/ J. Victor Price
J. VICTOR PRICE (PRI015)

OF COUNSEL:

J. Victor Price
Attorney at Law
17 Sistrunk Street
Tallassee, AL 36078
(334) 283-3388

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 15th day of March 2007.

R. Rainer Cotter, III
MARSH, COTTER & STEWART, LLP
PO Box 310910
Enterprise, AL 36331-0910

/s/ J. Victor Price
OF COUNSEL