IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 1:06CV598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF FILING DISCOVERY PER COURT ORDER**

COMES NOW the Defendant, Enterprise City Board of Education, in the above-styled cause and gives notice of its filing on the attached subpoenas in this matter. See Exhibit "A" and "B" attached hereto. The Court's order dated February 6, 2007 requires the parties to submit any discovery to the Court. Defendant has filed a motion to relieve the parties of that requirement, but discovered this day that through inadvertence the subject subpoenas had not been sent to the Court. Defendant, therefore, submits the same in a height of caution.

                                                                         /s/ R. Rainer Cotter, III
                                                                      R. RAINER COTTER, III (COT010)
                                                                      **Counsel for Defendant,**
                                                                      **Enterprise City Board of Education**

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
rrc@enterpriselawyers.com or rcotter@snowhill.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **29TH** day of **March, 2007**, I have served a copy of the above and foregoing document upon the following individual by United States mail, postage prepaid, and properly addressed:


J. Victor Price, Esq.
17 Sistrunk Street
Tallassee, Alabama 36078

                                                    /s/ R. Rainer Cotter, III
                                                    Of Counsel