IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:06CV598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO: Circuit Clerk of United States District Court for the Middle District of Alabama, Southern Division (Pursuant to Court's Order of February 6, 2007.)

Please take notice that the following discovery documents have been filed on behalf of the Defendant, Enterprise City Board of Education:

```
(     )     Interrogatories
(     )     Answers to Interrogatories
(     )     Request for Production
(     )     Response to Request for Production
(     )     Request for Admissions
(     )     Response to Request for Admissions
(     )     Notice of Intent to Serve Subpoena
(  X  )     Notice of Deposition
(     )     Other: _____
```

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following attorney of record, by electronic mail through the State of Alabama Electronic Filing system, and/or by placing the same in U.S. Mail, postage prepaid and properly addressed, on this 3rd day of April, 2007:

J. Victor Price, Esq.
17 Sistrunk Street
Tallassee, Alabama 36078


s/ R. Rainer Cotter, III
**OF COUNSEL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 1:06CV598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF TAKING DEPOSITION

**TO:**   J. Victor Price, Esq.
17 Sistrunk Street
Tallassee, Alabama 36078

Please take notice that **on April 23, 2007, at 1:30 p.m., at the office of Marsh, Cotter & Stewart, LLP, 203 East Lee Street, Enterprise, Alabama 36330,** on behalf of the Defendant in the above-styled cause, will take the deposition of **LINDA WILLIAMS.** Said deposition will be upon oral examination, before a Court Reporter, Notary Public, or other officer authorized by law to administer oaths, pursuant to the Alabama Rules of Civil Procedure. This deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

                                                   *s/ R. Rainer Cotter, III*
                                                   **R. RAINER COTTER, III (4925E49R)**
                                                   **Attorneys for Defendant**

**OF COUNSEL:**
**Marsh, Cotter & Stewart, LLP**
**Post Office Drawer 310910**
**Enterprise, Alabama 36331**
**(334) 347-2626**

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following attorney of record, by electronic mail through the State of Alabama Electronic Filing system, and/or by placing the same in U.S. Mail, postage prepaid and properly addressed, on this 3rd day of April, 2007:

J. Victor Price, Esq.
17 Sistrunk Street
Tallassee, Alabama 36078

*s/ R. Rainer Cotter, III*
**OF COUNSEL**