IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-598-WKW |
| | ) | |
| ENTERPRISE CITY SCHOOL | ) | |
| DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the appearance of counsel, it is ORDERED that the Order (Doc. # 3) referring this case to the magistrate judge is VACATED.

DONE this 11th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE