IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:06-CV-598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL | ) |
| DISTRICT, *et al.*, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

On March 23, 2007, defendant Enterprise City School District filed Motions for Extension of Discovery Deadlines and Clarification (Doc. # 30). The court provided relief for these motions in its order of April 11, 2007. Accordingly it is ORDERED that the motions (Doc. # 30) are GRANTED.

DONE this 12th day of April, 2007.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE