IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | |
|---|---|
| LINDA WILLIAMS, | ) |
|     Plaintiff, | ) ) ) |
| VS. | )    CIVIL ACTION NO. 1:06CV598-WKW |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) ) ) |
|     Defendant. | ) |

### PLAINTIFF LINDA WILLIAMS INTIAL DISCLOSURES

**COMES NOW** the Plaintiff, Linda Williams, and provides her initial disclosures pursuant to Fed.R.Civ.Pro. 26:

### A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

This Plaintiff is aware of the following persons who may have discoverable information that may likely support Plaintiff's defenses: ( All listed persons have knowledge of Plaintiffs performance as a teacher).

1. Medaria Chang, student's mother
   Enterprise, AL  (phone) 347-3783

2. Allison Crooks, student's mother
   Enterprise, AL  (phone) 475-6520

3. Kim Clay, student's mother
   Enterprise, AL  (phone) 464-0370

4. Sharon Curry, student's mother
   Enterprise, AL  (phone) 393-0956

5. DeeDee Thomas, student's mother
   Enterprise, AL  (phone) 347-2969

6. Mike Arnold, retired principal
   Enterprise, AL  (phone) 347-1495

7. Joe Smith, Headmaster
   [Enterprise, AL] (phone) 774-9691

8. June White, resource teacher
   Enterprise, AL (phone) 393-0620

9. Lynn Walls, formerly a secretary at Rucker Blvd
   Panama City, FL 850-234-8009

10. Phyllis Uptain, secretary
    Enterprise, AL (phone) 347-6621

11. Betty Ann Stinson, retired teacher
    Enterprise, AL (phone) 464-1759

12. Chris Saffold, fired co-worker
    Burndidge, AL (work phone) 735-2683

13. Jennifer Clark, co-worker
    Elba, AL (phone) 897-2651

14. Fred Smith, Jennifer Clark's father
    Elba, AL (phone)

15. Stacey Barnes, retired teacher
    Enterprise, AL (phone) 347-6166

16. Kathy Bragg, retired teacher
    Jack, AL (phone) 897-5115

17. Charles Rowe, retired teacher
    Enterprise, AL (phone) 347-1518

18. Jamelle Siler, former co-worker
    Geneva, AL (phone) 406-1670

19. Lia Rester, co-worker
    Enterprise, AL (phone) 347-6907

20. Terri Averette, Board member
    Enterprise, AL (phone) 393-4296

21. Beth Wiggins, co-worker EPA
    Enterprise, AL (phone) 308-3253

22. Ginger Johnson, former librarian

Bainbridge, GA 299-515-5317

23. Sandy Key, former co-worker
Enterprise, AL (phone) 897-8090

## B. DOCUMENTS

Plaintiff discloses documents that may be used to support its defenses. By disclosure, the Plaintiff is not waiving any objections as to admissibility. The following documents are available for inspection:

1. Linda William's Application
2. Linda William's Classroom Evaluation Forms
3. Linda William's Professional Educator Certificate
4. Enterprise City Schools Certified Personnel Reference forms completed by Jim Reese, June White, and Michael Arnold on Linda Williams ability as a teacher as attached.
5. All documents listed by Defendant.

## C. DAMAGES

6. Two year mitigated salary loss of $15,000.00 per year. Losses due to lost benefit of medical insurance of approximately $4,000.00. Lost retirement benefit of 2 years of service for estimated 20 years of future retirement benefits.

J. VICTOR PRICE (PRI015)

OF COUNSEL:

J. Victor Price, Attorney at Law
17 Sistrunk Street
Tallassee, AL 36078
(334) 283-3388

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed on this 20TH day of July 2007.

R. Rainer Cotter, III
MARSH, COTTER & STEWART, LLP
PO Box 310910
Enterprise, AL  36331-0910

*J. Vieta Price*

OF COUNSEL

**ENTERPRISE CITY SCHOOLS**
PERSONNEL DIRECTOR
POST OFFICE BOX 311790
ENTERPRISE, ALABAMA 36331
(334) 347-9531

CERTIFIED PERSONNEL REFERENCE FORM (three required)

Name of Applicant: Linda Williams
Social Security #: 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
Elementary/Secondary (Subject): Elem.

Name of Reference: Jim Reese
Position: Superintendent of Education
Business Phone No.: 334-347-9531

I have applied for an instructional position with the Enterprise City Public Schools. Since employment is dependent in part on my references, I would appreciate your completing the applicable sections of the reference form below.

☐ I waive my rights to review this recommendation.
☒ I do not waive my rights to review this recommendation.

Date: October 18, 2005
Signature of Applicant: Linda Williams

Comparing this applicant to others with whom you have worked, observed, or taught, please check the following:

| | SUPERIOR | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | POOR | NO BASIS FOR JUDGEMENT |
|---|---|---|---|---|---|---|
| Attendance and Punctuality | ✓ | | | | | |
| Personality | ✓ | | | | | |
| Understanding of Children and Learning | | ✓ | | | | |
| Planning and Organization | | ✓ | | | | |
| Competency in Subject Field | | ✓ | | | | |
| Use of Teaching Aids and Techniques | | ✓ | | | | |
| Evaluation and Assessment of Students | | ✓ | | | | |
| Support of Total School Program | ✓ | | | | | |
| Professional Attitude Toward School Work | | ✓ | | | | |
| Ability to Work With Pupils and Parents | | ✓ | | | | |
| Ability to Work With Other Teachers | | ✓ | | | | |
| Initiative and Enthusiasm | | ✓ | | | | |
| Classroom Management - Discipline/Control | | ✓ | | | | |
| Use and Care of School Facilities | ✓ | | | | | |
| Adherence to School Policies | ✓ | | | | | |
| Reliability in Records and Reports | | ✓ | | | | |
| Dependability | | ✓ | | | | |
| Maturity | ✓ | | | | | |
| Personal Appearance | ✓ | | | | | |

1. This information covers the period from __2002__ to __2005__
2. Did you supervise this person? Yes ☒ No ☐  If no, in what capacity have you known the applicant? Administration - Teacher
3. What was applicant's position in your school? Elementary teacher
4. If applicant left your employ, why? Was a non-tenured teacher and employment was not renewed
5. Were any disciplinary actions initiated with the applicant? No
6. If a vacancy existed in your school or business for which the applicant was qualified, would you recommend him or her for employment? Yes

Jim Reese        10-18-05

POST OFFICE BOX 311790
ENTERPRISE, ALABAMA 36331
(334) 347-9531

## CERTIFIED PERSONNEL REFERENCE FORM (three required)

**Name of Applicant:** Linda Williams
**Social Security #:** 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
**Elementary/Secondary (Subject):** Elementary

**Name of Reference:** June White
**Position:** Resource Teacher
**Business Phone No.:** 347-3535

I have applied for an instructional position with the Enterprise City Public Schools. Since employment is dependent in part on my references, I would appreciate your completing the applicable sections of the reference form below.

☐ I waive my rights to review this recommendation.
☐ I do not waive my rights to review this recommendation.

**Date:** June 22, 2005
**Signature of Applicant:** Linda Williams

Comparing this applicant to others with whom you have worked, observed, or taught, please check the following:

| | SUPERIOR | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | POOR | NO BASIS FOR JUDGEMENT |
|---|---|---|---|---|---|---|
| Attendance and Punctuality | | | ✓ | | | |
| Personality | | ✓ | | | | |
| Understanding of Children and Learning | | ✓ | | | | |
| Planning and Organization | | ✓ | | | | |
| Competency in Subject Field | | ✓ | | | | |
| Use of Teaching Aids and Techniques | | ✓ | | | | |
| Evaluation and Assessment of Students | ✓ | | | | | |
| Support of Total School Program | ✓ | | | | | |
| Professional Attitude Toward School Work | ✓ | | | | | |
| Ability to Work With Pupils and Parents | ✓ | | | | | |
| Ability to Work With Other Teachers | ✓ | | | | | |
| Initiative and Enthusiasm | ✓ | | | | | |
| Classroom Management - Discipline/Control | NA | | | | | |
| Use and Care of School Facilities | ✓ | | | | | |
| Adherence to School Policies | ✓ | | | | | |
| Reliability in Records and Reports | NA | | | | | |
| Dependability | ✓ | | | | | |
| Maturity | ✓ | | | | | |
| Personal Appearance | ✓ | | | | | |

Mrs. Williams worked with me as an inclusion paraprofessional for 2 years. She was excellent at collaboration with general ed. teachers and at motivating lower functioning students.

1. This information covers the period from **Aug. 1999** to **May 2001**.
2. Did you supervise this person? Yes ☒ No ☐ If no, in what capacity have you known the applicant?
3. What was applicant's position in your school? **Paraprofessional for the Spe. Ed. Resource Program**
4. If applicant left your employ, why? **Hired as a classroom teacher.**
5. Were any disciplinary actions initiated with the applicant? **No**
6. If a vacancy existed in your school or business for which the applicant was qualified, would you recommend him or her for employment? **Yes**

**Signature:** June E. White
**Date:** 6/27/05

ENTERPRISE CITY SCHOOLS
PERSONNEL DIRECTOR
POST OFFICE BOX 311790
ENTERPRISE, ALABAMA 36331
(334) 347-9531

CERTIFIED PERSONNEL REFERENCE FORM (three required)

Name of Applicant: Linda Williams
Social Security #: 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
Elementary/Secondary (Subject): Elementary

Name of Reference: Mike Arnold
Position: Principal (Ret.)
Business Phone No.: 334-347-1495

I have applied for an instructional position with the Enterprise City Public Schools. Since employment is dependent in part on my references, I would appreciate your completing the applicable sections of the reference form below.

☐ I waive my rights to review this recommendation.
☐ I do not waive my rights to review this recommendation.

Date: June 22, 2005
Signature of Applicant: Linda Williams

Comparing this applicant to others with whom you have worked, observed, or taught, please check the following:

| | SUPERIOR | ABOVE AVERAGE | AVERAGE | BELOW AVERAGE | POOR | NO BASIS FOR JUDGEMENT |
|---|---|---|---|---|---|---|
| Attendance and Punctuality | ✓ | ✓ | | | | |
| Personality | | ✓ | | | | |
| Understanding of Children and Learning | ✓ | ✓ | | | | |
| Planning and Organization | | ✓ | | | | |
| Competency in Subject Field | | ✓ | | | | |
| Use of Teaching Aids and Techniques | ✓ | | | | | |
| Evaluation and Assessment of Students | ✓ | | | | | |
| Support of Total School Program | ✓ | | | | | |
| Professional Attitude Toward School Work | ✓ | ✓ | | | | |
| Ability to Work With Pupils and Parents | | ✓ | | | | |
| Ability to Work With Other Teachers | | ✓ | | | | |
| Initiative and Enthusiasm | ✓ | | | | | |
| Classroom Management - Discipline/Control | ✓ | ✓ | | | | |
| Use and Care of School Facilities | ✓ | | | | | |
| Adherence to School Policies | ✓ | | | | | |
| Reliability in Records and Reports | ✓ | | | | | |
| Dependability | ✓ | | | | | |
| Maturity | ✓ | | | | | |
| Personal Appearance | ✓ | | | | | |

1. This information covers the period from Aug 2000 to Sept 2003
2. Did you supervise this person? Yes ☒ No ☐ If no, in what capacity have you known the applicant? Principal
3. What was applicant's position in your school? 1 yr. Title I K Aide / 1 yr. Tchr. 2nd grade
4. If applicant left your employ, why? N/A
5. Were any disciplinary actions initiated with the applicant? none
6. If a vacancy existed in your school or business for which the applicant was qualified, would you recommend him or her for employment? Absolutely

Michael S. Arnold    7/5/05