IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:06CV598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Enterprise City Board of Education, a Defendant in the above-captioned mater, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐  This party is an individual, or

- ☒  This party is a governmental entity; or

- ☐  There are no entities to be reported; or

- ☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____     _____

_____     _____

_____     _____

_____     _____

        /s/ R. Rainer Cotter, III
R. RAINER COTTER, III (COT010)
**Counsel for Defendant,**
**Enterprise City Board of Education**

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
rrc@enterpriselawyers.com or rcotter@snowhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **27**$^H$ day of **July, 2007**, I have served a copy of the above and foregoing document upon the following individual by United States mail, postage prepaid, and properly addressed:

J. Victor Price, Esq.
17 Sistrunk Street
Tallassee, Alabama 36078

        /s/ R. Rainer Cotter, III
Of Counsel