# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. 1:06CV598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** Linda Williams, the Plaintiff in the above-captioned matter, and in accordance with the order of the Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

 X This party is an individual, or

 ☐ This Party is a governmental entity; or

 ☐ There are no entities to be reported; or

 ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted this 31st day of July, 2007.

_____
J. VICTOR PRICE (PRI015)
Attorney for Plaintiff

OF COUNSEL:

Law Office of J. Victor Price
17 Sistrunk Street
Tallassee, AL 36078
(334) 283-3388

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 31st day of July 2007.

R. Rainer Cotter, III
MARSH, COTTER, & STEWART, LLP
PO Box 310910
Enterprise, AL 36331-0910

_____
OF COUNSEL