IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06-cv-0598-WKW ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion to Extend Defendant's Expert Disclosure Deadline (Doc. # 50), it is ORDERED that the motion is GRANTED. The defendant's deadline for disclosing its experts who may be used at trial is extended from September 15, 2007, to **October 15, 2007**.

DONE this 24th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE