# MARSH, COTTER & STEWART, LLP

ATTORNEYS AT LAW

203 E. LEE STREET

P.O. BOX 310910

ENTERPRISE, ALABAMA 36331-0910

M. DALE MARSH
R. RAINER COTTER III
CHAD E. STEWART

TELEPHONE (334) 347-2626
FACSIMILE (334) 393-1396
www.enterpriselawyers.com

September 14, 2007

J. Victor Price, Esq.
17 Sistrunk Street
Tallassee, Alabama 36078

Re: Linda Williams v. Enterprise City Board of Education
My File No. 2006-410RC

Dear Vic:

Ms. Williams' discovery responses are over two weeks overdue. Please forward the responses within seven (7) days from the date of this letter or I will have to file a motion to compel. Also, I still have not received the addresses on Ms. Williams' initial disclosures. I asked for them by letter dated July 27, 2007.

Sincerely,

MARSH, COTTER & STEWART, LLP

R. Rainer Cotter, III

EXHIBIT "B"