IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06cv598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Upon consideration of the defendant's motion to compel (doc. # 52), it is

ORDERED that on or before October 18, 2007, the opposing party shall show cause why the motion should not be granted. Prior to filing this response, counsel for the plaintiff shall confer in person or by telephone with defendant's counsel concerning the motion to compel.

Done this 3rd day of October, 2007.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE