IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-0598-WKW |
| | ) | |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Extend Defendant's Expert Disclosure Deadline (Doc. # 54), it is ORDERED that the motion is GRANTED. The defendant's deadline for disclosing its experts who may be used at trial is extended from October 15, 2007, to **November 29, 2007**.

DONE this 16th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE