IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:06cv598-WKW |
| ) | |
| ENTERPRISE CITY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the October 3, 2007, motion to compel (doc. # 52) filed by the defendants.  The plaintiff has failed to respond to the court's order directing her to show cause why the motion should not be granted.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to compel (doc. # 52) be and is hereby GRANTED and the plaintiff shall produce the requested discovery on or before **November 5, 2007**.

Done this 22nd day of October, 2007.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE