# J. VICTOR PRICE

Attorney

17 Sistrunk Street
Tallassee, Alabama 36078
(334) 283-3388 Fax 334-283-3447

EXHIBIT "1"

October 22, 2007

Rainer Cotter
Marsh, Cotter & Stewart, LLP
P.O. Box 310910
Enterprise, AL 36331

RE: *Williams v. Enterprise City BOE*

Dear Rainer,

    I enclose medical records and tax returns you requested in your discovery requests. The social security numbers of Mrs. Williams' children and husband have been marked over. The medical records cover only the illness she suffered which she alleges precipitated her non-renewal. She has instructed to object to the production of any other medical history. The formal response to your discovery requests will be mailed on Wednesday and will be as I advised you in our last telephone conversation.

Sincerely,

*Vic*

J. Victor Price