IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:06cv598-WKW |
| ) | |
| ENTERPRISE CITY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

Upon consideration of the defendant's motion for sanctions (doc. # 57), it is

ORDERED that this matter be and is hereby set for oral argument on November 30, 2007, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 9th day of November, 2007.

                                                 /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE