IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-598-WKW |
| | ) | |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court has been notified that the parties have settled this case. All remaining dates and deadlines, including the trial date, are CANCELLED. The parties shall file a joint stipulation of dismissal on or before **December 7, 2007.**

DONE this 29th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE