IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:06CV598-WKW |
| | ) |
| ENTERPRISE CITY SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

COME NOW Linda Williams and the Enterprise City Board of Education, by and through their counsel of record, and request the Court to dismiss this case with prejudice, each side to bear their own costs.

        /s/ J. Victor Price
J. VICTOR PRICE
17 Sistrunk Street
Tallassee, Alabama 36078
**Counsel for Plaintiff**


        /s/ R. Rainer Cotter, III
R. RAINER COTTER, III (ASB-4925-E49R)
**Counsel for Defendant,**
**Enterprise City Board of Education**

**OF COUNSEL:**

MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331-0910
(334) 347-2626
rrc@enterpriselawyers.com