IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-0598-WKW |
| ) | |
| ENTERPRISE CITY ) | |
| SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation for Dismissal (Doc. # 61) filed December 7, 2007, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that:

1. Defendant's Motion for Sanctions (Doc. # 57) is DENIED as MOOT;

2. This civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 10th day of December, 2007.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE